# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | | |
|---|---|---|
| **PLAINTIFFS,** | ) | **MDL No.: 2873** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Civil Action No.:** |
| v. | ) | |
| | ) | |
| **3M COMPANY** f/k/a Minnesota Mining and Manufacturing Company; **AGC CHEMICALS AMERICAS INC.**; **AMEREX CORPORATION**; **ARKEMA INC.**; **ARCHROMA U.S. INC.**; **BASF CORPORATION**; **BUCKEYE FIRE EQUIPMENT COMPANY**; **CARRIER GLOBAL CORPORATION**; **CHEMDESIGN PRODUCTS, INC**; **CHEMGUARD, INC.**; **CLARIANT CORPORATION**; **CORTEVA, INC.**; **DEEPWATER CHEMICALS, INC.**; **DUPONT DE NEMOURS INC.**, f/k/a **DOWDUPONT, INC.**; **DYNAX CORPORATION**; **E.I. DUPONT DE NEMOURS AND COMPANY**, individually and as successor in interest to DuPont Chemical Solutions Enterprise; **NATIONAL FOAM, INC.**; **THE CHEMOURS COMPANY**, individually and as successor in interest to DuPont Chemical Solutions Enterprise; **THE CHEMOURS COMPANY FC, LLC**, individually and as successor in interest to DuPont Chemical Solutions Enterprise; **TYCO FIRE PRODUCTS L.P.**; **UTC FIRE & SECURITY AMERICAS CORPORATION, INC.**, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Master Docket No.: 2:18-mn-2873**<br><br>**JUDGE RICHARD GERGEL**<br><br>**DIRECT FILED SHORT FORM COMPLAINT AND JURY DEMAND PURSUANT TO CASE MANAGEMENT ORDER NO. 35** |
| Defendants. | ) ) ) | |

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Arkema, Inc. |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Carrier Global Corporation |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Clariant Corporation |
| Defendant 11 | Corteva, Inc. |
| Defendant 12 | DeepWater Chemicals, Inc. |
| Defendant 13 | DuPont De Nemours, Inc., f/k/a DowDuPont, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. DuPont De Nemours and Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |

| Defendant 16 | National Foam, Inc. |
|---|---|
| Defendant 17 | The Chemours Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 18 | The Chemours Company FC, LLC, individually and successor in interest to DuPont Chemicals Solutions Enterprise |
| Defendant 19 | Tyco Fire Products, LP |
| Defendant 20 | UTC Fire & Security Americas Corporation, Inc. |
| Defendant 21 | |

### Jurisdiction and Venue

4. Plaintiff alleges jurisdiction base on:

   a. \_\_ Diversity

   b. \_\_\_ Federal Question

   c. \_X\_ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   d. \_\_\_ Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have otherwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   a. Direct exposure to AFFF (i.e. use of handling of AFFF); and/or

   b. Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

   c. Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

   a. Kidney Cancer

   b. Testicular Cancer

   c. Thyroid Disease

   d. Ulcerative Colitis

   e. Liver Cancer

   f. Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequala attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design
   Count II – Failure to Warn
   Count III – Negligence
   Count IV – Negligence Per Se
   Count V – Trespass and Battery
   Count VI – Strict Product Liability
   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
   Count VIII – Concealment, Misrepresentation, and Fraud
   Count IX – Conspiracy
   Count X – Wrongful Death

Count XI – Loss of Consortium

<u>Other Causes of Action:</u>

Count XII – Negligent, Intentional, Reckless Infliction of Emotional Distress

**<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 2, 2025                Respectfully submitted,

Mark M. Abramowitz
Michael P. Trexler
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
mabramowitz@dicellolevitt.com
mtrexler@ dicellolevitt.com

*Counsel for Plaintiff*

| # | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thryoid cancer) | Causes of Action (please indicate via Count number (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Cara Harms | 10/20/1970 | Missouri | Western District of Missouri | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 2 | Carl Turner | 8/2/1953 | Texas | Northern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 3 | Carmencita M Pinckney | 12/26/1966 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 4 | Chad Thomas Flora | 3/20/1971 | California | Northern District of California | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 5 | Charles Barnes | 7/29/1969 | Illinois | Northern District of Illinois | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 6 | Charles Childs | 6/24/1950 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 7 | Charles E. James | 2/10/1949 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 8 | Charles Gilbert Roberts | 2/16/1946 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 9 | Susan Roberts | | | | | | | | XI |
| 10 | Charles Linton | 2/22/1981 | Florida | Middle District of Florida | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 11 | Charles Moore | 11/27/1953 | Louisiana | Eastern District of Louisiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 12 | Charles Ray Marshall | 8/4/1963 | Louisiana | Western District of Louisiana | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 13 | Cheryl Alexander Wagner | 6/23/1954 | Alabama | Middle District of Alabama | No | Yes | No | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 14 | Cheryl Ann Greenhouse | 2/14/1956 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 15 | Dr. William Greenhouse | | | | | | | | XI |
| 16 | Cheryl Thomas | 3/24/1974 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | No | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 17 | Christa Prim | 12/15/1971 | Texas | Western District of Oklahoma | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 18 | Walter E. Prim Jr | | | | | | | | XI |
| 19 | Christina R. Warren | 11/15/1983 | Kentucky | Western District of Kentucky | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 20 | Christopher A Herring | 3/20/1972 | Louisiana | Western District of Louisiana | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 21 | Christopher Bozant | 2/16/1981 | Texas | Southern District of Texas | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 22 | Christopher Carlos San Martin | 7/13/1988 | California | Central District of California | No | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 23 | Christopher Deporter | 12/2/1985 | Georgia | Northern District of Georgia | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 24 | Christopher Gamble | 3/20/1970 | Texas | Northern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 25 | Kelly Ann Gamble | | | | | | | | XI |
| 26 | Christopher Henderson | 10/24/1996 | Florida | Middle District of Florida | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 27 | Lindsay Brinkman | | | | | | | | XI |
| 28 | Christopher Jefferson | 9/23/1972 | Georgia | Northern District of Georgia | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 29 | Sheree Jefferson | | | | | | | | XI |
| 30 | Christopher Michael Scott | 7/6/1978 | Massachusetts | District of Massachusetts | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 31 | Christopher Scott | 9/19/1966 | Louisiana | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 32 | Christopher Sjeer | 3/27/1974 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 33 | Christy Janaie Chatham | 8/9/1981 | Texas | Southern District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 34 | Ciprano Enriquez | 10/24/1966 | Kentucky | Eastern District of Kentucky | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 35 | Clifford DeBruce | 6/14/1956 | Arkansas | Western District of Arkansas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 36 | Lucinda Debruce | | | | | | | | XI |
| 37 | Clifford Kohler | 8/2/1996 | North Carolina | Western District of North Carolina | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 38 | Clifford Williams | 1/28/1981 | Texas | Western District of Texas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 39 | Cody W. Edwards | 4/7/1989 | Missouri | Eastern District of Missouri | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 40 | Coyt Dean Palmer | 6/21/1970 | Texas | Western District of Texas | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 41 | Tonya Palmer | | | | | | | | XI |
| 42 | Craig Fredrick Manns | 3/25/1975 | Oklahoma | Eastern District of Oklahoma | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 43 | Crystal Lynne Cook | 12/27/1974 | Texas | Northern District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 44 | Dale Dean Williams | 10/8/1959 | Washington | Western District of Washington | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 45 | Susan Williams | | | | | | | | XI |
| 46 | Damaris Hanley | 12/12/1969 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 47 | Thomas Hanley | | | | | | | | XI |
| 48 | Dana Ann Mantooth | 8/10/1957 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 49 | Daniel Hartman | 4/4/1961 | Florida | Southern District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 50 | Robyn Celia Horner Hartman | | | | | | | | XI |

| # | Name | DOB | State | District | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|
| 51 | Daniel James Boulton | 11/26/1962 | California | Northern District of California | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 52 | Daphne Spiers | 12/30/1975 | Alabama | Southern District of Alabama | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 53 | Darren B McWhirt | 4/8/1966 | Oklahoma | Eastern District of Oklahoma | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 54 | Lashona McWhirt | | | | | | | | XI |
| 55 | Darrin Burnette | 1/9/1973 | Georgia | Northern District of Georgia | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 56 | David C. Zebracki | 8/11/1952 | New York | Western District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 57 | David Chavies | 5/2/1965 | Kentucky | Eastern District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 58 | Michelle Renee Chavies | | | | | | | | XI |
| 59 | David Cheney | 6/14/1978 | Washington | Western District of Washington | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 60 | David Cox | 9/13/1971 | California | Eastern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 61 | David Earl Phillips | 7/17/1967 | Washington | Eastern District of Washington | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 62 | David Erik Crows | 5/31/1960 | Florida | Middle District of Florida | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 63 | David Gesko | 11/28/1957 | California | Central District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 64 | David Hebert | 9/5/1968 | Virginia | Eastern District of Virginia | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 65 | David Jerome Serafin | 9/22/1962 | Indiana | Southern District of Indiana | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 66 | David Milner | 2/10/1963 | Ohio | Southern District of Ohio | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 67 | David O'Brien | 11/11/1959 | California | Southern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 68 | David Paul Carpenter | 5/24/1961 | Florida | Northern District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 69 | Jane Carpenter | | | | | | | | XI |
| 70 | David Quinn | 9/1/1952 | Pennsylvania | Middle District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 71 | David Renfrow | 2/17/1949 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 72 | David Waters | 3/25/1972 | Colorado | District of Colorado | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 73 | Debra Ann Aversa | 10/24/1959 | North Carolina | Western District of North Carolina | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 74 | Dennis Bartley | 9/3/1967 | Oklahoma | Northern District of Oklahoma | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 75 | Dennis Brown Hacker | 2/11/1948 | Kentucky | Eastern District of Kentucky | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 76 | Dennis Delorenzo | 1/25/1946 | Georgia | Northern District of Georgia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 77 | Dennis Derricotte | 7/14/1958 | Virginia | Eastern District of Virginia | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 78 | Rhoda Walker Derricotte | | | | | | | | XI |
| 79 | Derrick Lamar Smith | 1/7/1959 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 80 | Connie Lorraine Smith | | | | | | | | XI |
| 81 | Dillon William Bilotta | 10/15/2001 | Florida | Middle District of Florida | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 82 | Donald David Boyer II | 8/12/1968 | Missouri | Eastern District of Missouri | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 83 | Donald Wyatt Waldrep | 9/22/1944 | Missouri | Western District of Missouri | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 84 | Douglas Bart Barker | 1/4/1955 | California | Central District of California | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 85 | Tai Ratcliff-Barker | | | | | | | | XI |
| 86 | Douglas C. Robinson | 10/27/1958 | North Carolina | Western District of North Carolina | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 87 | Dwayne Dearent Smith | 7/11/1975 | Louisiana | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 88 | Dylan Jeffrey Main | 9/29/1999 | Florida | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 89 | Dylan Woods | 5/28/1977 | Illinois | Southern District of Illinois | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 90 | Eddie Lee Oliver | 9/24/1961 | Alabama | Northern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 91 | Edgar Hugh St. Clair | 5/13/1946 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 92 | Angelika St. Clair | | | | | | | | XI |
| 93 | Edward Lewis Carter | 7/5/1973 | Texas | Northern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 94 | Edward Lynn Luttrell | 12/1/1978 | Tennessee | Eastern District of Tennessee | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 95 | Elizabeth Ann Kennedy | 12/25/1961 | Arizona | District of Arizona | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 96 | Eric Brown | 3/5/1978 | Washington | Western District of Washington | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 97 | Eric Kirkbride | 5/2/1980 | Washington | Western District of Washington | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 98 | Erik Nels Thorsen | 5/4/1954 | Washington | Western District of Washington | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 99 | Erik Rodriguez | 9/15/1971 | California | Southern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 100 | Eugene Hobson | 6/29/1966 | Mississippi | Southern District of Mississippi | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 101 | Felix Rios | 4/5/1978 | Florida | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 102 | Florentino Betancourt | 11/14/1978 | Connecticut | District of Connecticut | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 103 | Frank Godfrey | 1/10/1970 | Washington | Eastern District of Washington | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 104 | Frank V Maer | 2/19/1957 | North Carolina | Eastern District of North Carolina | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 105 | Janet Dolores Maer | | | | | | | | XI |
| 106 | Frankie Dale Brand | 2/14/1965 | Alabama | Northern District of Alabama | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 107 | Fred Burns | 12/24/1942 | Mississippi | Southern District of Mississippi | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 108 | Freddie Wright II | 11/25/1968 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 109 | Frederick Addai Poku | 12/23/1974 | Virginia | Eastern District of Virginia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |

| # | Name | DOB | State | District | Col1 | Col2 | Condition | Codes |
|---|---|---|---|---|---|---|---|---|
| 110 | Gary Lewis | 9/15/1966 | Alabama | Middle District of Alabama | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 111 | Cynthia Lewis | | | | | | | XI |
| 112 | Gary Rosales | 10/10/1967 | California | Northern District of California | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 113 | Gayle Annette Locklyn-Floyd | 12/12/1962 | Alabama | Middle District of Alabama | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 114 | Ernest Floyd | | | | | | | XI |
| 115 | Gene Echavez | 1/21/1961 | Illinois | Northern District of Illinois | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 116 | George Daniel Partin | 6/5/1960 | Kentucky | Western District of Kentucky | No | Yes | Liver Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 117 | George Julian Hester | 12/14/1986 | North Carolina | Western District of North Carolina | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 118 | George Lee Cole | 5/21/1961 | Georgia | Northern District of Georgia | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 119 | Gerardo Candelario-Ordunez | 2/28/1972 | Arizona | District of Arizona | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 120 | Monica Candelario | | | | | | | XI |
| 121 | Glen Steven Sandusky | 10/16/1951 | Colorado | District of Colorado | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 122 | Glenn Thomas Taylor | 10/13/1985 | Kentucky | Eastern District of Kentucky | No | Yes | Testicular Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 123 | Gregory Derone Morgan | 5/22/1962 | Michigan | Eastern District of Michigan | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 124 | Harold Burgess | 7/26/1979 | Georgia | Northern District of Georgia | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 125 | Jennifer Burgess | | | | | | | XI |
| 126 | Harold D Oliver | 9/5/1957 | Arizona | District of Arizona | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 127 | Haydee E Warren | 8/13/1979 | North Carolina | Middle District of North Carolina | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 128 | Heather Dawn Newcomb | 8/31/1978 | Tennessee | Western District of Tennessee | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 129 | Henry Nathaniel Huffman | 7/7/1955 | Alabama | Middle District of Alabama | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 130 | Salletta Huffman | | | | | | | XI |
| 131 | Homer Lee Graham | 11/28/1969 | Mississippi | Southern District of Mississippi | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 132 | Houston Levi Shimp | 5/5/1989 | Oklahoma | Eastern District of Oklahoma | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 133 | Alisha Shimp | | | | | | | XI |
| 134 | Howard Andrew Smith | 7/29/1958 | Florida | Middle District of Florida | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 135 | Irwin Burnham | 2/21/1961 | New Jersey | District of New Jersey | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 136 | Isaac Dent Jr | 3/30/1953 | Louisiana | Middle District of Louisiana | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 137 | Ismael Cruz | 11/6/1963 | North Carolina | Eastern District of North Carolina | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 138 | Laura Anna Cruz | | | | | | | XI |
| 139 | Jack David Mike | 9/7/1971 | Oklahoma | Eastern District of Oklahoma | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 140 | Jackie Wynn | 7/22/1948 | Texas | Northern District of Texas | Yes | No | Kidney Cancer; Thyroid Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 141 | Jacklyn Davis | 9/2/1952 | North Carolina | Eastern District of North Carolina | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 142 | Jacob Cameron Fuller | 3/30/1996 | Tennessee | Middle District of Tennessee | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 143 | Jacob Timothy Domes | 11/14/1991 | New York | Western District of New York | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 144 | Jahir Medina | 6/20/1967 | Mississippi | Southern District of Mississippi | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII,VIII, IX, XII |
| 145 | Milagros Medina | | | | | | | XI |